[No. 39974-8-I.  Division One.  May 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN LLOYD
LEIGH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01854-1, Paul D. Hansen, J., entered March 6, 1997. *Dismissed* by unpublished per curiam opinion.

[No. 40038-0-I.  Division One.  May 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JAMES
TILLETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-06494-9, Richard A. Jones, J., entered December 11, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 40374-5-I.  Division One.  May 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD D.
HARTMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 85-1-00227-9, Susan Kae Cook, J., entered March 14, 1997. *Dismissed* by unpublished per curiam opinion.

[No. 40497-1-I.  Division One.  May 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. B.M.T.,
*Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-8-00352-1, Linda C. Krese, J., entered April 1, 1997. *Dismissed* by unpublished per curiam opinion.